# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143760(78)

SANDRA K. AVERY, Individually and as
Personal Representative of the Estate of
ROBERT B. AVERY, Deceased,
            Plaintiff-Appellee,

v                                                    SC: 143760
                                                     COA: 296582
                                                     Genesee CC: 08-088101-NI

GRAND TRUNK WESTERN
RAILROAD INCORPORATED,
            Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's May 2, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARILYN KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                    _____
                                                Clerk

d0716